UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT VAUGHAN                                                                PETITIONER
Reg. #46688-424

V.                            NO. 2:19-CV-00046-DPM-JTR

UNITED STATES OF AMERICA                                              RESPONDENT

# ORDER

Robert Vaughan, who is currently detained at the Forrest City Low, Federal Correctional Institution in Forrest City, Arkansas, has filed a *pro se* 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (*Doc. 1)* and has paid the filing fee. The Court will order service of the Petition.

Mr. Vaughan has named the "United States of America" as the Respondent. The correct Respondent is the warden over the facility where Mr. Vaughan is incarcerated. *See* 28 U.S.C. § 2242 (habeas petition must name "the person who has custody over [the petitioner] and by virtue of what claim or authority"). Upon information and belief,[1] Dewayne Hendrix is the current warden over the facility where Mr. Vaughan is incarcerated. **The Clerk is directed to make this change**.

IT IS THEREFORE ORDERED THAT:

---

[1] If this is incorrect, Respondent should identify the current warden.

1

1. The Clerk of the Court is directed to change the Respondent to Dewayne Hendrix, Warden, FCI-Low, Forrest City.

2. The Clerk of the Court is directed to serve a copy of the § 2241 Petition (*Doc. 1*) and this Order on Respondent and the United States Attorney by mail.

3. Respondent is directed to file a responsive pleading **within twenty-one (21) days of service**.

DATED this 29th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE