# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ROBERT VAUGHAN
Reg. #46688-424                                                PETITIONER

v.                        No. 2:19-cv-46-DPM

DEWAYNE HENDRIX,
Warden, FCI-Low, Forrest City                                  RESPONDENT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, № 9, as supplemented and overrules Vaughan's objections, № 10. FED. R. CIV. P. 72(b)(3).

The supplement: Vaughan's embedded motion to amend his petition, № 10, is denied because the amendment would be futile. The additional material goes to the lawfulness of Vaughan's conviction and sentence, not the execution of the sentence. It must therefore be raised through a § 2255 motion in the sentencing court unless Vaughan shows that the remedy provided by § 2255 is inadequate or ineffective in his case. *Abdullah v. Hedrick*, 392 F.3d 957, 959 (8th Cir. 2004). He hasn't cleared that high bar. *United States v. Lurie*, 207 F.3d 1075, 1077 (8th Cir. 2000).

This Court lacks subject matter jurisdiction to hear Vaughan's *habeas* claims. The motion to dismiss, № 3, is therefore granted. Vaughan's § 2241 petition will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2019