IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROBERT VAUGHAN
Reg. #46688-424                                           PETITIONER

v.                          No. 2:19-cv-46-DPM

DEWAYNE HENDRIX,
Warden, FCI-Low, Forrest City                             RESPONDENT

## JUDGMENT

Vaughan's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 September 2019