# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ROBERT VAUGHAN**
Reg. #46688-424                                              **PETITIONER**

v.                        No. 2:19-cv-46-DPM

**DEWAYNE HENDRIX,**
Warden, FCI-Low, Forrest City                                **RESPONDENT**

## ORDER

Motion to reconsider, № 13, denied. This Court lacks subject matter jurisdiction to hear Vaughan's § 2241 petition. If Vaughn wants to challenge the lawfulness of his conviction and sentence, then he must do so through a § 2255 motion in the sentencing court. And if he wants to challenge the conditions of his confinement, then he must do so through a § 1983 complaint.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 October 2019